UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY FESTA,<br><br>                Plaintiff,<br>    v.<br>STATE OF NEVADA, *et al.*,<br><br>                Defendants. | Case No. 2:17-cv-01927-MMD-VCF<br><br>ORDER |

**I.    DISCUSSION**

In its June 27, 2018 Screening Order, the Court ordered Plaintiff to file his amended complaint within 30 days of the date of that order. (ECF No. 3 at 7). The amended complaint therefore originally was due on July 27, 2018. On July 17, 2018, Plaintiff filed a motion for an extension of time for an additional 90 days to file his amended complaint. (ECF No. 5). On July 30, 2018, the Court granted that motion and ordered Plaintiff to file the amended complaint on or before October 22, 2018. (ECF No. 6).

On August 1, 2018, Plaintiff filed another motion for an extension of time, seeking a 120-day "continuance." (ECF No. 7). That motion is now before the Court. It is not clear if Plaintiff is seeking an additional 120 days from the October 22, 2018 deadline or 120 days from the date the motion was filed. The Court will grant Plaintiff an extension of time until October 31, 2018. This deadline will have provided Plaintiff over four months to amend his complaint.

1

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 7) is granted in part. Plaintiff shall file his amended complaint on or before October 31, 2018.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by October 31, 2018, this action shall be dismissed with prejudice for failure to state a claim.

DATED THIS 29th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE