UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY FESTA, <br><br> Plaintiff, <br> v. <br> STATE OF NEVADA, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-01927-MMD-VCF <br><br> ORDER |

Plaintiff, a *pro se* prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1.) The Court issued a screening order on June 27, 2018. (ECF No. 3.)

Plaintiff now files a motion for voluntary dismissal. (ECF No. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. Therefore, the Court dismisses this action. Based on the circumstances of this particular case, the Court will deny the application to proceed *in forma pauperis* (ECF No. 1) and Plaintiff will not be required to pay the filing fee.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 10) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court enter judgment accordingly.

DATED THIS 18th day of September 2018.

	MIRANDA M. DU
	UNITED STATES DISTRICT JUDGE